# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT GENE REGA AND JOAN MARY REGA

v.

COMPATI HOME HEALTHCARE, LLC, JAY CINCINNATTI, NEAL LARIMER, RUTHI HOOPER, AND FLORA BENNETT

PETITION OF: ROBERT GENE REGA

:  No. 152 WAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of December, 2022, the Petition for Allowance of Appeal and Motion to Quash Appeal are **DENIED**.